United States District Court
Southern District of Texas
FILED

MAR 14 2000

MICHAEL N. MILBY CLERK  C-00-109

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE            03/09/00
R115/ECA8291                 IN-FORMA-PAUPERIS DATA                     11:28:51
TDCJ#: 00444918  SID#: 02484038  LOCATION: RAMSEY I        INDIGENT DTE: 00/00/00
NAME: TREVINO,DAVID                      BEGINNING PERIOD: 09/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:       10.43  TOT HOLD AMT:       0.00  6MTH TOT DEP:       20.00
6MTH DEP:          20.25  6MTH AVG BAL:       0.11  6MTH AVG DEP:        3.38
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/00      20.00          20.00         11/99      0.00            0.00
01/00       0.00           0.00         10/99      0.00            0.00
12/99       0.00           0.00         09/99      0.25            0.25
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Brazoria
ON THIS THE 9 DAY OF March, 2000 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

E. D. CANTU

Expires 2-28-2002

2.