C-00-109

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          03/21/00
R115/MDE0804              IN-FORMA-PAUPERIS DATA                   07:42:26
TDCJ#: 00444918 SID#: 02484038 LOCATION: RAMSEY I    INDIGENT DTE: 00/00/00
NAME: TREVINO,DAVID                    BEGINNING PERIOD: 09/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         10.43 TOT HOLD AMT:       0.00 6MTH TOT DEP:      20.00
6MTH DEP:            20.25 6MTH AVG BAL:       0.11 6MTH AVG DEP:       3.38
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/00       20.00           20.00      11/99        0.00            0.00
01/00        0.00            0.00      10/99        0.00            0.00
12/99        0.00            0.00      09/99        0.25            0.25
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

United States District C...
Southern District ...
FILED

**MAR 24 2000**

MICHAEL N. M...

STATE OF TEXAS COUNTY OF Brazoria
ON THIS THE 21 DAY OF March, 00 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



E. R. CANTU
Commission Expires 2-28-2002

6a