IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 0 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DAVID TREVINO | § | |
| | § | |
| V. | § | C.A. NO. C-00-109 |
| | § | |
| GARY JOHNSON | § | |

## ORDER TO SHOW CAUSE

On March 16, 2000, the Court entered a notice of deficient pleading (D.E. 4) ordering petitioner to pay the $5.00 filing fee or file an application for leave to proceed *in forma pauperis* along with a certified copy of his trust fund account statement, which he had already submitted. He was advised that failure to comply may result in dismissal of his lawsuit. On March 24, 2000, petitioner filed a second copy of his inmate trust fund account statement, but as of the date of this order he still has not filed an application to proceed *in forma pauperis*, as required by the Court.

Petitioner is ordered to show cause why his claims should not be dismissed for want of prosecution. Petitioner is advised that, to proceed with this petition, he must either pay the filing fee of $5.00 or submit a completed application to proceed *in forma pauperis* and file it with the Court. The Clerk shall forward a blank application to the petitioner with this order. Failure to submit an application within twenty (20) days from the

1

date of this order may result in dismissal of this action.

ORDERED this \_\_7\_\_ day of \_\_\_\_\_April_____, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE