IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Corpus Christi__ DIVISION

United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk of Court

__DAVID TREVINO   444918__
Plaintiff's name and ID Number

__Ramsey 1 Unit - T.D.C.J.-ID__
Place of Confinement

CASE NO. __CA-C-00-109__
(Clerk will assign the number)

v.

__T.D.C. DIRECTOR__
__GARY JOHNSON__
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __DAVID TREVINO__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment        Yes☐  No☒
   b. Rent payments, interest or dividends?                Yes☐  No☒
   c. Pensions, annuities or life insurance payments?      Yes☐  No☒
   d. Gifts or inheritances?                               Yes☐  No☒
   e. Family or friends?                                   Yes☒  No☐
   f. Any other sources?                                   Yes☐  No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __(Sister) Josie Sexton  $20.00 / For the past 17__
   __(friend) Elder Peterson  $10.00 / months from 11-1998 to 4-2000__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                 Yes☐           No☒
   If you answered YES, state the total value of the items owned.

   _____
   _____

3.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐  No ☑

If you answered **YES**, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __14__ day of __April__, __2000__.

_David Irwind_    __444918__
Signature of Plaintiff    ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6/97

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE              04/14/00
R115/MDE0804                  IN-FORMA-PAUPERIS DATA                      04:53:05
TDCJ#: 00444918 SID#: 02484038 LOCATION: RAMSEY I         INDIGENT DTE: 03/31/00
NAME: TREVINO,DAVID                      BEGINNING PERIOD: 10/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           0.03 TOT HOLD AMT:         0.00 3MTH TOT DEP:        30.33
6MTH DEP:             30.33 6MTH AVG BAL:         1.74 6MTH AVG DEP:         5.06
MONTH HIGHEST BALANCE TOTAL DEPOSITS       MONTH HIGHEST BALANCE TOTAL DEPOSITS
03/00      20.13           10.33           12/99       0.00            0.00
02/00      20.00           20.00           11/99       0.00            0.00
01/00       0.00            0.00           10/99       0.00            0.00
PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Brazoria_
ON THIS THE _14_ DAY OF _April 20 00_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: OR SID NUMBER: _____

[Notary Seal: NOTARY PUBLIC STATE OF TEXAS MACK DESHA JR My Appt. Exp. 02-05-2004]