# United States District Court

__Southern__ DISTRICT OF __Texas__

United States District Court
Southern District of Texas
FILED
APR 19 2000
MICHAEL N. MILBY, CLERK

David Trevino

v.

Gary Johnson

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: C.A. No. C-00-109

I, __David Trevino__, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] other _____

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Violation of my Constitutional rights.

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [x]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   10-15-1998   $100.00

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes [ ]   No [x]
   b. Rent payments, interest or dividends?   Yes [ ]   No [x]
   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [x]
   d. Gifts or inheritances?   Yes [ ]   No [x]
   e. Any other sources?   Yes [x]   No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

(Sister) Josie Sexton $20.00     11-1998 thru 4-2000
(Friend) Elder Peterson $10.00  = $30.00 total for the past 17 months

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☑   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   N/A

6. I authorize the official in charge of Prisoner Accounts to release records pertaining to my Inmate Trust Account, as requested by the United Sates District Court for the Southern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4-14-00                    David Trevino
              (Date)                    Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____                           _____
Date                                 Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied          The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____   _____               _____   _____
United States Judge   Date            United States Judge   Date
                                      or Magistrate Judge

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE           04/14/00
R115/MDE0804                  IN-FORMA-PAUPERIS DATA                   04:53:05
TDCJ#: 00444918 SID#: 02484038 LOCATION: RAMSEY I       INDIGENT DTE: 03/31/00
NAME: TREVINO,DAVID                        BEGINNING PERIOD: 10/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.03 TOT HOLD AMT:       0.00 3MTH TOT DEP:         30.33
6MTH DEP:            30.33 6MTH AVG BAL:       1.74 6MTH AVG DEP:          5.06
MONTH HIGHEST BALANCE TOTAL DEPOSITS     MONTH HIGHEST BALANCE TOTAL DEPOSITS
03/00       20.13            10.33       12/99       0.00             0.00
02/00       20.00            20.00       11/99       0.00             0.00
01/00        0.00             0.00       10/99       0.00             0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Brazoria_
ON THIS THE _14_ DAY OF _April, 2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT.  NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

NOTARY PUBLIC
STATE OF TEXAS
MACK DESHA JR
My Appt. Exp. 02-05-2004