Case 2:00-cv-00109   Document 11   Filed in TXSD on 05/17/2000   Page 1 of 2

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

### CORPUS CHRISTI DIVISION

DAVID TREVINO, TDCJ # 444918

**SUMMONS IN A CIVIL CASE**

### V.

CASE NUMBER:   C-00-109

GARY JOHNSON

United States District Court
Southern District of Texas
FILED

MAY 1 7 2000

MICHAEL N. MILBY CLERK

**TO:** (Name and address of defendant)

Gary Johnson
c/o Andy Taylor, First Asst. Attorney General
P. O. Box 12548
Austin, Texas   78711-2548

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Trevino
TDCJ 444918
Ramsey One Unit
1100 FM 665
Rosharon, Texas   77583

answer to the complaint which is herewith served upon you, within ___thirty (30)___ days after vice of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken ainst you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a asonable period of time after service.

MICHAEL N. MILBY

ERK

(Y) DEPUTY CLERK

April 21, 2000

DATE

| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

---

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

☒ Other (specify): _____    MAILED CERTIFIED MAIL ON: 5/2/00
                            CERTIFIED MAIL # 2 582 519 794
                            RETURN RECEIPT DATED:
                                        5/5/00

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____5/5/00____                _Russell O'Liley_
              Date                         Signature of Server

                                           521 Staw, C.C. TX. 78401
                                           Address of Server

---

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.