## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): MAILED CERTIFIED MAIL ON: 5/2/00
CERTIFIED MAIL # 2582 519 795
RETURN RECEIPT DATED: 5/5/00

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __5/5/00__
Date

Signature of Server: _Russell O'Riley_ (?)

Address of Server: 521 STAR, C.C, TK 78401

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE

NAME OF SERVER (PRINT)

TITLE

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): MAILED CERTIFIED MAIL ON: 5/2/00
CERTIFIED MAIL # 2582 519 795
RETURN RECEIPT DATED: 5/5/00

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/5/00
Date

Signature of Server: Russell O'Riley (signature)

Address of Server: 521 STAR, C.C, TK 78401

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.