IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 7 2000

Michael N. Milby, Clerk

| | |
|---|---|
| DAVID TREVINO, § | |
|     Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. C-00-109 |
| § | |
| GARY JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
|     Respondent. § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, ("the Director") by and through his attorney, the Attorney General of Texas, and files this his First Motion for Extension of Time with Brief in Support.

**I.**

**MOTION FOR EXTENSION OF TIME**

    This is a habeas corpus case brought by a Texas state prisoner, David Trevino, "Trevino," under 28 U.S.C. §§ 2241, 2254. By order of the court, the Director was to file his answer on or before June 5, 2000.

    The Director was assigned this case on May 10, 2000. Thereafter, the Director requested copies of Trevino's state writ records. While the state writ file has been received the Director has not completed his review of these files to ascertain an appropriate response to the grounds of error raised by Trevino. Additionally, the Director has had other obligations, to include filing six responsive pleadings in federal district court and reviewing for assignment more than seventy-five new federal petitions. For the foregoing reasons, the Director requests an extension of ten days to June 15, 2000, in which to respond to Trevino's

claims while coordinating other matters during this time to include filing five responsive pleadings in federal district court, while continuing his additional responsibilities as the Chief for the Habeas Corpus Division.

The Director apologizes to the court for the necessity for this extension. However, this request is not designed as a delaying tactic but to ensure that Trevino's claims are properly addressed.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully requests that his Motion for Extension of Time be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
   for Criminal Justice

*Lead Counsel

ROSS RAYBURN*
Assistant Attorney General
Chief, Habeas Corpus Division
State Bar No. 16615500
Southern District Bar No. 21575

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

2

## CERTIFICATE OF CONFERENCE

I, Ross Rayburn, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated at the Texas Department of Criminal Justice, Institutional Division. Respondent will assume that Petitioner will oppose this motion.

*[signature]*
ROSS RAYBURN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Ross Rayburn, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 5th day of June, 2000, addressed to: David Trevino, TDCJ-ID# 444918, Ramsey I Unit, 1100 FM 655, Rosharon, Texas 77583.

*[signature]*
ROSS RAYBURN
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| *DAVID TREVINO,* § | |
| Petitioner, § | |
| § | |
| *V.* § | CIVIL ACTION NO. C-00-109 |
| § | |
| § | |
| *GARY JOHNSON, DIRECTOR,* § | |
| *TEXAS DEPARTMENT OF CRIMINAL* § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* § | |
| Respondent. § | |

## ORDER

Came on this day to be considered Respondent Johnson's First Motion for Extension of Time, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is ORDERED, ADJUDGED and DECREED that Respondent Johnson's First Motion for Extension of Time is hereby GRANTED, and Respondent shall have until June 15, 2000 to file his response on the merits.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING