United States District Court
Southern District of Texas
ENTERED

JUN 22 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID TREVINO | § | |
| | § | 17. |
| VS. | § | C.A. NO. C-00-109 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER TO RESPOND

Petitioner filed his § 2254 petition for habeas corpus relief on March 14, 2000 (DE #1). On June 19, 2000, respondent filed a pleading entitled "Respondent Johnson's Answer with Brief in Support" (DE #15). In this pleading, respondent seeks for dismissal of petitioner's habeas corpus application on the grounds that petitioner's claims are either time-barred or fail to raise a federal constitutional violation. Because respondent's answer seeks dismissal of the petition, it will be construed as a motion to dismiss.

Pursuant to the Order of Service entered in this action (DE #10), petitioner has forty-five days to file a response to any dispositive motion. Accordingly, petitioner is advised that he has forty-five days from June 19, 2000, that is, until August 3, 2000, to file a response to respondent's motion to dismiss. Petitioner is advised further that failure to respond will be taken as a representation of no opposition to the motion to dismiss. See Local Rule 7.4.

ORDERED this 22 day of June, 2000.

Jane Cooper-Hill
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE