In the United States District Court
for the Southern District of Texas
Corpus Christi Division

David Trevino
    444918
Petitioner
    vs.
Gary L. Johnson
Director TDCJ-ID
Respondent

United States District Court
Southern District of Texas
FILED

JUL 13 2000

Michael N. Milby, Clerk

Civil action: C-00-109

from the 36th D.C. of
San Patricio County

## Request for the direct appeal record

Comes now Petitioner David Trevino, TDCJ-ID 444918, pro se, who respectfully files this, his request for appeal record on cause number 6867-2. In good cause Petitioner would show the Court following reasons;

### I.

Petitioner is an indigent inmate with limited movement and <u>pro se</u> abilities only. After further research on Respondent Johnson's Answer see pg 3, Petitioner feels that Petitioner and the Court have a right to receive such copies. Petitioner feels that this is a important and critical stage of facts to help and to find a true decision by the Courts. Petitioner ask that this request be granted.

(1.)

19.

I, David Trevino, TDCJ-ID 444918, do hereby swear under penalty of perjury that I have read the foregoing facts stated above and further swear under said oath that I find the above facts to be true and correct.

Respectfully submitted

*David Trevino*

David Trevino
444918
Ramsey 1
1100 fm. 655
Rosharon, Texas
   77583-7670

Certificate of Service:

I, David Trevino, TDCJ-ID 444918, do hereby certify that a true and correct copy of the foregoing instrument was sent by prepaid U.S. Mail Service to counsel as shown below this **10th** day of **July, 2000**.

Ross Rayburn
assistant attorney general
P.O. Box 12548
Austin, Texas
   78711-2548

*David Trevino*