IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID TREVINO | § |
| | § |
| VS. | § C.A. NO. C-00-109 |
| | § |
| GARY L. JOHNSON | § |

## ORDER DENYING MOTION FOR DIRECT APPEAL RECORD

Petitioner filed his § 2254 petition for habeas corpus relief on March 14, 2000 (DE #1). On June 19, 2000, respondent filed his answer and moved to dismiss the petition as time barred and for failure to state a constitutional violation (DE #15). Petitioner filed a response opposing the motion to dismiss (DE#18).

Petitioner has filed a motion requesting a copy of his direct appeal record (DE #19). The State has filed the records needed for the disposition of his case. Petitioner fails to specify what records are needed or why any records from his direct appeal would be necessary to support his claims or assist him in responding further to the motion to dismiss. Accordingly, petitioner's motion for a copy of the direct appeal record is denied.

ORDERED this __24__ day of July, 2000.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE