United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID TREVINO | § | |
| | § | |
| V. | § | C.A. NO. C-00-109 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
## TO GRANT RESPONDENTS' MOTION TO DISMISS

On July 24, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that respondents' Motion to Dismiss be granted and Trevino's claims challenging his convictions be dismissed as untimely. 28 U.S.C. § 2244(d); and that Trevino's claims for good time credit and street time credit on his sentences are dismissed for failure to raise a constitutional issue. 28 U.S.C. § 2244(d). On August 7, 2000, plaintiff filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and plaintiff's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge. Accordingly, it is

ORDERED that respondents' Motion Dismiss is granted; Trevino's claims for good time credit and street time credit are dismissed for failure to raise a constitutional issue; and Trevino's claims challenging his convictions are dismissed as untimely.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 11th day of August, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2