United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID TREVINO | § | 24. |
| | § | |
| VS. | § | C.A. NO. C-00-109 |
| | § | |
| GARY L. JOHNSON | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation to Grant Defendants' Motion to Dismiss, the Court renders final judgment dismissing plaintiff's action.

ORDERED this 11th day of August, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE