UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 4 2000

26.

Michael N. Milby, Clerk of Court

DAVID TREVINO §
§
v. § C. A. NO. C-00-109
§
GARY L. JOHNSON §

## ORDER DENYING PETITIONER'S MOTION FOR TRANSCRIPT

Petitioner filed his § 2254 petition for habeas corpus relief on March 14, 2000, challenging as unconstitutional his convictions for burglary of a habitation and burglary of a building on the grounds that the trial court refused to accept a plea agreement concerning both cases in violation of his due process and equal protection rights, and that he was denied effective assistance of counsel during his criminal proceedings (DE #1). Petitioner also claimed that he had been denied credit on his sentences for good time earned while incarcerated and for street time while on parole.

Respondent moved to dismiss on the grounds that petitioner's petition was barred under AEDPA's one-year statute of limitations, and, in addition, that his claims for credit on his sentences failed to state a constitutional violation (DE #15). By Memorandum and Recommendation entered July 25, 2000, it was recommended that respondent's motion to dismiss be granted (DE #20), and by Order and Final Judgment entered August 15, 2000, the Court dismissed Trevino's claims as time barred and for failure to state a constitutional violation (DE #23, #24).

Trevino now moves for a copy of the state court transcripts from his state court criminal proceedings in Cause Nos. 6867-2 and 6264-2, both in the 36th Judicial Court of San Patricio County, Texas (DE #25). Trevino states that he needs these records to establish his ineffective assistance of counsel claim on appeal.[1]

The Court did not reach the merits of Trevino's ineffective assistance of counsel claim in this habeas corpus proceeding because it was determined that this claim was barred under AEDPA's statute of limitations. As there is no ruling on the merits of his ineffective assistance of counsel claim, the transcripts to support such a claim on appeal are not necessary. Moreover, the transcripts of Trevino's state court criminal proceedings were never filed in this proceeding; only his state habeas corpus applications were filed. See DE #16 (copies of <u>Ex parte Trevino</u>, Appl. Nos. 43,789-01, -02). For these reasons, Trevino's motion for transcripts is DENIED.

ORDERED this ___23___ day of August, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] Trevino has not yet filed a notice of appeal.

2