IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District
Southern District
AUG 28 2000
MICHAEL

| | |
|---|---|
| DAVID TREVINO, § | |
| Petitioner, § | |
| V. § | CIVIL ACTION |
| GARY JOHNSON, DIRECTOR, § | NO. C-00-109 |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION § | |
| Respondent § | |

PETITIONER TREVINO'S FIRST MOTION FOR EXTENSION
OF TIME WITH BRIEF IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

  NOW COMES PETITIONER DAVID TREVINO, PRO SE and files this his first motion for extension of time with Brief in support.

I.

MOTION FOR EXTENSION OF TIME

  This is a habeas corpus case brought under 28 U.S.C. §§ 2241, 2254.

  Petitioner is a inmate in T.D.C., on August 21, 2000 he was given a Final Judgement notice by the District Judge through the Units mailroom. The final judgement was filed on August 15, 2000 and it took 7 to 8 days to reach the Petitioner.

  On August 2, 2000 Petitioner Trevino informed the Honorable Clerk of his new address. The final judgement was addressed to his old unit then it had to make its way back to Petitioners current address.

  Petitioner is now under new rules in his current TDC Unit thus making it harder to file his notice of

1.

27

of Appeal and request for a certificate.

Petitioner has been informed late of the final judgement with almost no time given to respond. Also Petitioner will ask the Court to take into consideration that Petitioner did not oppose to Respondents own motion for extension of time.

Petitioner ask this Court for an extension of 15 days in which to respond. Petitioner is Pro Se, an inmate in the Texas prison and with limited movement and access to the Law Library. Petitioner apologizes for this very important request for extension of time.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that his MOTION for EXTENSION OF TIME be granted.

Respectfully submitted
David Trevino
DAVID TREVINO #444918
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102

Certificate of Service:

I, DAVID TREVINO, 444918, do hereby certify that a true and correct copy of the MOTION FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT was sent by prepaid U.S. mail service to counsel as shown below this 13 day of August, 2000.

Ross Rayburn
assistant attorney general
P.O. Box 12548
Austin, Texas
  78711-2548

David Trevino
DAVID TREVINO PRO-SE

2.

date 8-23-00

Honorable Clerk Michael N. Milby
United States District Court
Southern District of Texas
Corpus Christi Division
521 STARR, Room 101
Corpus Christi, Texas 78401

RE: DAVID TREVINO V. GARY L. JOHNSON
NO: C-00-109

Dear Mr. Milby,

Enclosed is Petitioner Trevinos Motion for Extension of time with Brief in support. Please file this among the papers in the above referenced cause. Please bring it to the attention of the Court.

Petitioner is also asking this Honorable Clerk for assistance in making a copy if need be for filing. Petitioner is indigent and with no access to a copier.

Petitioner Trevino is forwarding a copy of this Motion to Respondent Johnson or to his counsel at the following address.

Ross Rayburn
assistant attorney general
P.O. Box 12548
Austin, Texas
78711

Sincerely
David Trevino
DAVID TREVINO #444918
McConnell Unit
3001 S. Emily Drive
Beeville, Texas
78102