IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Corpus Christi__ DIVISION

__David Trevino #444918__
Plaintiff's name and ID Number

__TDCJ-ID__
Place of Confinement

v.

__GARY L. Johnson - TDCJ-ID director__
Defendant's name and address

United States District Court
Southern District of Texas
FILED
AUG 3 1 2000
MICHAEL N. MILBY CLERK

CASE NO. __CA-C-00-109__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __David Trevino__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment      Yes☐ No☑
    b. Rent payments, interest or dividends?             Yes☐ No☑
    c. Pensions, annuities or life insurance payments?   Yes☐ No☑
    d. Gifts or inheritances?                            Yes☐ No☑
    e. Family or friends?                                Yes☑ No☐
    f. Any other sources?                                Yes☐ No☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    __Catholic priest 50.00__
    __Juan Jimenez +30.00__
    __= 80.00 - indigent supply owed__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes☑      No☐
    If you answered YES, state the total value of the items owned.

    __$13.82__

29

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

      Yes ☐        No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __29th__ day of __August__, 2000.

__David Irving__  __444918__
Signature of Plaintiff     ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6/97