United States District Court
Southern District of Texas
ENTERED

SEP - 1 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID TREVINO | § | |
| | § | |
| V. | § | C.A. NO. 00-109 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER DENYING PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT

Petitioner moves the Court for leave to proceed *in forma pauperis* ("ifp") on appeal (D.E. 29). A petitioner in a habeas action who was granted ifp status in the original district court proceeding is not required to reapply for ifp status on appeal; rather, he retains his ifp status under Federal Rule of Appellate Procedure 24(a)(3). Petitioner was granted leave to proceed ifp in his original action (D.E. 10). Therefore, petitioner's motion to proceed ifp on appeal is DENIED as moot.

ORDERED this _1st_ day of September, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE