In the United States District Court
For the Southern District of Texas
Corpus Christi Division

To the Honorable Clerk Michael N. Milby
Room 101
521 Starr
Corpus Christi, Tx 78401



United States District Court
Southern District of Texas
FILED

SEP 15 2000

MICHAEL N. MILBY CLERK

RE: C.A. No. 00-109

Dear Mr Milby,

Please accept this letter informing you and the Courts that I have a new mailing address. Please forward all legal documents to the following address.

David Trevino 444918
McConnell Unit
3001 S. Emily Dr.
Beeville, Texas
78102

Thank you for your assistance and cooperation in this very important matter on this 11th day of September, 2000.

David Trevino
DAVID TREVINO PRO-SE

32