IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 00-41021
USDC No. C-00-CV-109

---

U.S. COURT OF APPEALS
**FILED**
OCT 27 2000
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
NOV - 1 2000
MICHAEL N. MILBY CLERK

DAVID TREVINO,

          Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

          Respondent-Appellee.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

    David Trevino, Texas prisoner # 444918, seeks a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 application for habeas relief.

    Trevino argues that the district court erred in determining that his claims related to his convictions were time-barred by 28 U.S.C. § 2244(d)'s one-year statute of limitations. He also contends that the district court erred in determining that his good-time and street-time credit arguments failed to raise constitutional claims.

    Trevino has not made a substantial showing of the denial of a constitutional right on these claims. See 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 120 S. Ct. 1595, 1600-01, 1604

O R D E R
No. 00-41021
- 2 -

(2000); <u>Coleman v. Johnson</u>, 184 F.3d 398, 402 (5th Cir. 1999); <u>Hallmark v. Johnson</u>, 118 F.3d 1073, 1075-76 (5th Cir. 1997). Accordingly, his request for a COA is DENIED.

_____
JACQUES L. WIENER, JR.
UNITED STATES CIRCUIT JUDGE

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy    OCT 27 2000
New Orleans, Louisiana